# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/14/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Matthew M. Huddleston<br>78 Luakaha Circle<br>Kihei, HI 96753 | Stacia A. Huddleston<br>78 Luakaha Circle<br>Kihei, HI 96753 |
| Case Number:<br>10−02843 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−4325<br>xxx−xx−9500 |
| Attorney for Debtor(s) (name and address):<br>Lloyd A. Poelman<br>Poelman & Langa<br>1129 Lower Main Street, Suite 104<br>Wailuku, HI 96793<br>Telephone number:  808.242.7222 | Bankruptcy Trustee (name and address):<br>Dane S. Field<br>P.O. Box 4198<br>Honolulu, HI 96812<br>Telephone number:  808.232.8788 |

## Meeting of Creditors

Date:  **October 26, 2010**                     Time:  **02:00 PM**

Location:  **J. Walter Cameron Center, 95 Mahalani Street, Wailuku, HI**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 12/27/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number:  (808) 522−8100 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
| Hours Open:  Monday − Friday 8:30 AM − 4:00 PM | Date:  9/14/10 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>A statement asserting that the debtor is ineligible to receive a discharge because 11 U.S.C. § 522(q)(1) may be applicable must be filed not later than the deadline to file a complaint objecting to discharge. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

### Refer to Other Side for Important Deadlines and Notices

U.S. Bankruptcy Court - Hawaii   #10-02843   Dkt # 3   Filed  09/17/10   Page 2 of 4

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Sep 17, 2010.
```
db/jdb      +Matthew M. Huddleston,   Stacia A. Huddleston,    78 Luakaha Circle,   Kihei, HI 96753-8285
aty         +Lloyd A. Poelman,   Poelman & Langa,   1129 Lower Main Street, Suite 104,
             Wailuku, HI 96793-2054
1041621      11 COMCAST,   P.O. Box 9133,   Needham, MA  02494-9133
1041626     +AMO Recoveries,   5655 Peachtree Parkway Suite 213,   Norcross, GA 30092-2828
1041622     +Acs/mefa,   501 Bleecker St,   Utica, NY 13501-2401
1041623     +Allianceone,   5620 Southwyck Blvd Ste,   Toledo, OH 43614-1501
1041624     +Alvin H.L. Chung, D.D.S.,   3660 Waialae Ave. #309,   Honolulu, HI 96816-3259
1041627     +Baltimore Gas And Electric,   P.O. Box 1475,   Baltimore, MD 21203-1475
1041631   ++++CAVALRY PORTFOLIO SERV,   7 SKYLINE DR STE 350,   HAWTHORNE NY  10532-5101
             (address filed with court:  Cavalry Portfolio Serv,   7 Skyline Dr Ste 3,   Hawthorne, NY  10532)
1041636      Connecticut Light & Power,   P.O. Box 150493,   Hartford, CT  06115-0493
1041637      Connecticut Tax Collector,   Department Of Revenue Services,   P.O. Box 5089,
             Hartford, CT  06102-5089
1041638     +Cortrust Bank,   100 E. Havens,   Mitchell, SD 57301-4026
1041640     +First District Water Department,   P.O. Box 27,   Norwalk, CT 06852-0027
1041642      Hawaii Pacific Health,   P.O. Box 30670,   Honolulu, HI  96820-0670
1041645      Mark Stern & Associates, LLC.,   Mark Stern,   P.O.  2129,   Norwalk, CT  06852-2129
1041647     +Morgan Stanley,   1 New York Plaza, 7th,   New York, NY 10004-1901
1041648     +Robert Huddleston,   3300 West Kilgore Avenue,   Muncie, IN 47304-4841
1041649     +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
1041650     +Siegel & Therrien,   195 Dan Bury, Suite 120,   Wilton, CT 06897-4075
1041651      Silverstone, LLC,   23.5 First Street,   Norwalk, CT  06855
1041652     +Tax Collector, City Of Norwalk, CT,   125 East Ave.,   Norwalk, CT 06851-5702
1041654      Windham Professionals,   P.O. Box 907,   Salem, NH  03079-0907
```

The following entities were noticed by electronic transmission on Sep 16, 2010.
```
tr          +EDI: QDSFIELD.COM Sep 15 2010 21:58:00   Dane S. Field,   P.O. Box 4198,
             Honolulu, HI 96812-4198
1041625     +EDI: AMEREXPR.COM Sep 15 2010 21:58:00   Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
1041629     +EDI: BANKAMER.COM Sep 15 2010 21:53:00   Bank Of America,   Po Box 15026,
             Wilmington, DE 19850-5026
1041628     +EDI: BANKAMER.COM Sep 15 2010 21:53:00   Bank Of America,   P.O. Box 301200,
             Los Angeles, CA 90030-1200
1041632     +EDI: CBCSI.COM Sep 15 2010 21:58:00   CBCS,   P.O. Box 69,   Columbus, OH 43216-0069
1041630     +EDI: CAPITALONE.COM Sep 15 2010 21:58:00   Cap One,   Pob 30281,
             Salt Lake City, UT 84130-0281
1041633     +EDI: CHASE.COM Sep 15 2010 21:58:00   Chase,   9451 Corbin Avenue,   Northridge, CA 91324-1665
1041634     +EDI: CHASE.COM Sep 15 2010 21:58:00   Chase,   201 N. Walnut St//de1-1027,
             Wilmington, DE 19801-2920
1041635     +EDI: CITICORP.COM Sep 15 2010 21:58:00   Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
1041639     +EDI: DISCOVER.COM Sep 15 2010 21:53:00   Discover Fin Svcs Llc,   Po Box15316,
             Wilmington, DE 19850-5316
1041641     +EDI: RMSC.COM Sep 15 2010 21:53:00   Green Tree Servicing L,   Po Box 6172,
             Rapid City, SD 57709-6172
1041643      EDI: IRS.COM Sep 15 2010 21:58:00   IRS,   Ogden, UT  84201-0030
1041644     +EDI: FORD.COM Sep 15 2010 21:58:00   Land Rover,   Po Box 542000,   Omaha, NE 68154-8000
1041646      EDI: DAIMLER.COM Sep 15 2010 21:58:00   Mercedes-Benz Financial,   P.O. Box 9001680,
             Lousville, KY  40290-1680
1041653      E-mail/Text: vci.bkcy@vwcredit.com                 VW Credit, Inc.,   Department 129601,
             P.O. Box 67000,   Detroit, MI  48267-1296
                                                                                         TOTAL: 15
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2010**                    **Signature:**   *Joseph Speetjens*